Rodrigo F. **GONZALEZ, Plaintiff—Appellant,**

v.

**HOGG INSURANCE GROUP, INC., Defendant—Appellee,**

and

**Edward Hogg, Agency Owner, Defendant.**

No. 12–1159.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2012.

Decided: June 12, 2012.

Rodrigo F. Gonzalez, Appellant Pro Se. Alan Steven Shachter, Manassas, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodrigo Gonzalez appeals the district court's order granting summary judgment in favor of his former employer on his employment discrimination claims. We have reviewed the record and find no reversible error in the court's conclusion that Gonzalez failed to demonstrate that discrimination on account of Gonzalez's religion was a motivating factor in his termination. Accordingly, we affirm the denial of that claim for the reasons stated by the district court.* *Gonzalez v. Hogg Ins.*

---

* Because Gonzalez's informal brief does not challenge the basis for the district court's disposition of his remaining claims, Gonzalez has forfeited appellate review of those claims. *See* 4th Cir. R. 34(b) (limiting review to issues raised in informal appellate brief).

*Group, Inc.,* No. 1:11–cv–00147–AJT–IDD, 2012 WL 48013 (E.D. Va. filed Jan. 6, 2012 & entered Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*